# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICHELLE L. DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1272-JTM-DWB |
| INTERIM HEALTH CARE OF WICHITA, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER FOR INSPECTION AND REPRODUCTION OF RECORDS

TO:   Kansas Department of Labor

YOU ARE HEREBY AUTHORIZED, DIRECTED AND ORDERED, to make available for inspection and reproduction by the attorneys of record in this action all documents, files, records, or other compilations within your care, custody or in any manner relating to or concerning the unemployment claim and all investigations and proceedings relating thereto in the case of **Michelle L. Davis v. Interim HealthCare of Wichita, Inc.; Docket Number 604469**.  Any privilege as to any of the above matters has been waived as a result of the issues raised in the above captioned proceedings.

All clerical fees and expenses shall be paid by the attorney requesting such examination or reproduction.  Copies of records secured under this order by one party

1

shall be made available for inspection or copying by the other party or copies shall be made by the recipient of such records for and at the expense of the party requesting copies.

Dated this 11th day of April, 2008.

    IT IS SO ORDERED.

        s/  DONALD W. BOSTWICK
        DONALD W. BOSTWICK
        UNITED STATES MAGISTRATE JUDGE

APPROVED:

Paul S. McCausland, Kan.S.Ct. #08878
YOUNG, BOGLE, MCCAUSLAND,
   WELLS & BLANCHARD, P.A.
106 West Douglas, Suite 923
Wichita, Kansas  67202-3392
Telephone:    (316) 265-7841
Facsimile:     (316) 265-3956
E-mail: p.mccausland@youngboglelaw.com


By /s Paul S. McCausland
Attorneys for Plaintiff

2

<u>s/ Eric W. Barth</u>

Eric W. Barth, KS #21193

Hinkle Elkouri Law Firm, L.L.C.

2000 Epic Center

301 North Main Street

Wichita, Kansas 67202-4820

Telephone:   (316) 267-2000

Fax:             (316) 264-1556

E-mail:  ebarth@hinklaw.com

Robert J. Carty, TX # 00788794

Seyfarth Shaw LLP

700 Louisiana Street

Suite 3700

Houston, TX 77002-2797

Phone: (713) 225-2300

Fax: (713) 225-2340

E-mail:  rcarty@seyfarth.com

Attorneys for Defendant