### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE L. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 07-1272-JTM-DWB |
| INTERIM HEALTH CARE OF WICHITA, INC., | ) ) ) |
| Defendant. | ) ) |

### ORDER FOR INSPECTION AND REPRODUCTION OF RECORDS

TO:   Kansas State Board of Nursing

YOU ARE HEREBY AUTHORIZED, DIRECTED AND ORDERED, to make available for inspection and reproduction by the attorneys of record in this action all documents, files, records, or other compilations within your care, custody or in any manner relating to or concerning all investigations and proceedings relating thereto in the case of **Michelle L. Davis; KSBN Case No.: 06-215-5,** except those which are of a deliberative and/or conciliatory nature.  Any privilege as to any of the above matters has been waived as a result of the issues raised in the above captioned proceedings.

All clerical fees and expenses shall be paid by the attorney requesting such examination or reproduction.  Copies of records secured under this order by one party

1

shall be made available for inspection or copying by the other party or copies shall be made by the recipient of such records for and at the expense of the party requesting copies.

Dated this 11th day of April, 2008.

    IT IS SO ORDERED.

                                s/   DONALD W. BOSTWICK
                                DONALD W. BOSTWICK
                                UNITED STATES MAGISTRATE JUDGE

APPROVED:

Paul S. McCausland, Kan.S.Ct. #08878
YOUNG, BOGLE, MCCAUSLAND,
   WELLS & BLANCHARD, P.A.
106 West Douglas, Suite 923
Wichita, Kansas  67202-3392
Telephone:    (316) 265-7841
Facsimile:     (316) 265-3956
E-mail: p.mccausland@youngboglelaw.com


By /s Paul S. McCausland
Attorneys for Plaintiff

s/ Eric W. Barth

Eric W. Barth, KS #21193
Hinkle Elkouri Law Firm, L.L.C.
2000 Epic Center
301 North Main Street
Wichita, Kansas 67202-4820
Telephone:   (316) 267-2000
Fax:              (316) 264-1556
E-mail:  ebarth@hinklaw.com


Robert J. Carty, TX # 00788794
Seyfarth Shaw LLP
700 Louisiana Street
Suite 3700
Houston, TX 77002-2797
Phone: (713) 225-2300
Fax: (713) 225-2340
E-mail:  rcarty@seyfarth.com
Attorneys for Defendant